# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Megan Lynn Hoban<br><br>Debtor(s). | C/A No. 22-03063-eg<br>Chapter 13<br><br>**ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

This matter is before the Court on motion (dkt. #20) of Robert G. Hjerling, III ("Movant") seeking relief from the automatic stay. The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b). Based upon the certification of Movant the motion is granted and it is

ORDERED that the automatic stay is lifted to the extent necessary to permit the Movant to seek modification of the custody and visitation order referred to in the motion and seek attorney fees in connection therewith. Movant may send any required notice to Debtor(s) and proceed with its action in Family Court. However, additional relief from stay is necessary for the enforcement of a marital obligation against property of the bankruptcy estate or to hold the debtor in civil contempt. Notwithstanding any determination by the family court, property of the estate and the impact of any family court order on the implementation of and performance under the chapter 13 plan may be subject to further order of this Court.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**01/12/2023**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 01/12/2023